1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
     United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00028-AWI-BAM (001) |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND THE |
| 13 | v. | DEFENDANT VIVIAN MARIE WILLIAMS |
| 14 | VIVIAN MARIE WILLIAMS, and DARRELL LEMONT MORRIS, | |
| 15 | | |
| 16 | Defendants. | |

17

18     WHEREAS, the discovery in this case is voluminous and contains a large amount of personal

19 information including but not limited to Social Security numbers, dates of birth, driver's license

20 numbers, bank account numbers, telephone numbers, and residential addresses ("Protected

21 Information"); and

22     WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

23 unauthorized disclosure or dissemination of this information to anyone not a party to the court

24 proceedings in this matter;

25     WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

26     NOW, THEREFORE, defendant VIVIAN MARIE WILLIAMS, by and through her counsel of

27

28

record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit a defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow either defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///

7. In the event that either defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: April 23, 2015               BENJAMIN B. WAGNER
                                    United States Attorney


                                     /s/ MARK J. McKEON
                                    MARK J. MCKEON
                                    Assistant United States Attorney


Dated: April 27, 2015                /s/ ERIN SNIDER
                                    ERIN SNIDER
                                    Counsel for Defendant


**ORDER**


IT IS SO ORDERED.

   Dated:   **April 30, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE