# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 16 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Vivian Williams ) | 1:15-CR-00028-AWI-BAM-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Vivian Williams_____, has discussed with _____Ryan Beckwith_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To add the following condition: You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used.

All previously imposed conditions of release, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/11/15          _____  6-16-15
Signature of Defendant          Date              Pretrial Services Officer        Date
Vivian Williams                                    Ryan Beckwith

I have reviewed the conditions and concur that this modification is appropriate.

_____                    6/16/15
Signature of Assistant United States Attorney     Date
Mark Joseph McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    6/16/15
Signature of Defense Counsel                     Date
Erin Snider

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _6/16/15_
☐ The above modification of conditions of release is *not* ordered.

_____                    6/16/15
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services