HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
VIVIAN MARIE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00028-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON** |
| VIVIAN MARIE WILLIAMS, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant Vivian Marie Williams, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Defendant lives in Stockton, California, and is the sole caretaker for her nephew. It is a serious hardship for Defendant to find child care and travel to Fresno for court appearances. Defendant understands that she will need to be present at any hearing involving any substantive

1  issue.  Defendant respectfully requests that the Court waive her appearance at all non-substantive
2  hearings, including the July 27, 2015 status conference.

4        DATED:  July 22, 2015            */s/ Vivian Marie Williams*
                                                  Vivian Marie Williams

6        DATED:  July 22, 2015            */s/ Erin Snider*
                                                  Erin Snider
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Vivian Marie Williams

10  IT IS SO ORDERED.

11      Dated:  **July 22, 2015**               /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE