1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   VIVIAN MARIE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00028-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) | CONFERENCE TO 8/31/2015; ORDER |
| | ) | |
| VIVIAN MARIE WILLIAMS, | ) | Date:  August 31, 2015 |
| | ) | Time:  1:00 p.m. |
| Defendant. | ) | Judge: Hon. Barbara A. McAuliffe |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark Joseph McKeon, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Vivian Marie Williams, that the status conference currently set for July 27, 2015, be continued to **August 31, 2015, at 1:00 p.m.**

The continuance is requested to allow time for the ongoing review of initial discovery, which totals 13,000 pages.  The requested continuance is with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

/ / /

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 | Date:  July 22, 2015 | */s/ Mark Joseph McKeon*<br>MARK JOSEPH MCKEON<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
| 7 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | Date: July 22, 2015 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>VIVIAN MARIE WILLIAMS |

## **O R D E R**

**IT IS SO ORDERED.** The parties were advised August 31, 2015 is not a 1:00PM calendar for Judge McAuliffe.   The parties via email agreed to calendar this hearing to August 24, 2015 at 1:00PM instead. For the reasons set forth, the 1st Status Conference is continued from July 27, 2015, to August 24, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated**:   July 23, 2015**             /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE