| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | ERIN SNIDER, OR SBN #116342<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>VIVIAN MARIE WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00028-AWI-BAM |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) | CONFERENCE TO 7/25/2016; [PROPOSED] |
| | ) | ORDER |
| VIVIAN MARIE WILLIAMS and | ) | |
| DARRELL LEMONT MORRIS, | ) | Date:   July 25, 2016 |
| | ) | Time:   1:00 p.m. |
| Defendants. | ) | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark Joseph McKeon, counsel for the plaintiff, Assistant Federal Defender Erin Snider, counsel for defendant Vivian Marie Williams, and Richard Oberto, counsel for defendant Darrell Lemont Morris, that the status conference currently set for June 13, 2016, be continued to **July 25, 2016, at 1:00 p.m.**

With regard to Mr. Morris's case, the defense requires additional time to review the voluminous discovery.  With regard to Ms. Williams's case, the parties believe that they are close to finalizing a plea agreement but defense counsel requires additional time to review the revised plea agreement with Ms. Williams.  The requested continuance is with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  June 9, 2016                         /s/ Mark Joseph McKeon
                                            MARK JOSEPH MCKEON
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: June 9, 2016                          /s/ Erin Snider
                                            ERIN SNIDER
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            VIVIAN MARIE WILLIAMS

Date: June 9, 2016                          /s/ Richard Oberto
                                            RICHARD OBERTO
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            DARRELL LEMONT MORRIS

**O R D E R**

**IT IS SO ORDERED THAT** the 5th Status Conference for defendant Vivian Marie Williams (1) and the 1st Status Conference for defendant Darrell Lamont Morris (2) is continued from June 13, 2016 to **July 25, 2016 at 1:00PM** before Judge McAuliffe.   Time excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **June 9, 2016**                   /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE