| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | ERIN SNIDER, OR SBN #116342<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>VIVIAN MARIE WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIVIAN MARIE WILLIAMS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:15-cr-00028-DAD-BAM-1<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA<br><br>Date:   July 5, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark Joseph McKeon, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Vivian Marie Williams, that the status conference currently set for July 25, 2016 before United States Magistrate Judge, Barbara A. McAuliffe, be vacated and that this matter be set for a change of plea before United States District Judge Dale A. Drozd on **July 5, 2016, at 10:00 a.m.**

The parties have reached an agreement, which will be filed with the Court prior to the change-of-plea hearing.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: June 29, 2016 | */s/ Mark Joseph McKeon*<br>MARK JOSEPH MCKEON<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 29, 2016 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>VIVIAN MARIE WILLIAMS |

**O R D E R**

For the reasons set forth above, the status conference currently set for July 25, 2016 before United States Magistrate Judge, Barbara A. McAuliffe, is vacated and this matter is set for a change of plea before United States District Judge Dale A. Drozd on **July 5, 2016, at 10:00 a.m.** in Courtroom 5.

IT IS SO ORDERED.

Dated:  **June 29, 2016**

UNITED STATES DISTRICT JUDGE