# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00028-DAD-BAM-1 |
| Plaintiff, | |
| v. | <u>ORDER OF RELEASE</u> |
| VIVIAN MARIE WILLIAMS, | |
| Defendant. | |

The above named defendant having been sentenced on October 17, 2016 to 4 months and 25 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: __**October 17, 2016**__  

_____
UNITED STATES DISTRICT JUDGE